**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Remer & Georges-Pierre PLLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4623742** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2745 Ponce De Leon Blvd.** **Miami, FL 33134** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **rgpattorneys.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Remer & Georges-Pierre PLLC**  Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Remer & Georges-Pierre PLLC**                 Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____        Relationship _____

District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

█  **Statistical and administrative information**

**13. Debtor's estimation of available funds**      .      *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Remer & Georges-Pierre PLLC**                                              Case number (*if known*) _____
    Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million           ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million            ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **Remer & Georges-Pierre PLLC**                                              Case number (*if known*) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  6, 2023**
                 MM / DD / YYYY

**X** **/s/ Anthony M. Georges-Pierre** _____          **Anthony M. Georges-Pierre** _____
    Signature of authorized representative of debtor                    Printed name

Title    **Managing Member** _____

**18. Signature of attorney**

**X** **/s/ Timothy S. Kingcade** _____          Date    **January  6, 2023** _____
    Signature of attorney for debtor                                        MM / DD / YYYY

**Timothy S. Kingcade 082309** _____
Printed name

**Kingcade, Garcia & McMaken, P.A.** _____
Firm name

**1370 Coral Way**
**Miami, FL 33145** _____
Number, Street, City, State & ZIP Code

Contact phone    **305-285-9100** _____    Email address    **scanner@miamibankruptcy.com** _____

**082309 FL** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Remer & Georges-Pierre PLLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**January  6, 2023**__    *X* **/s/ Anthony M. Georges-Pierre**
Signature of individual signing on behalf of debtor

**Anthony M. Georges-Pierre**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Remer & Georges-Pierre PLLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **100 NWT Fee Owner LLC 100 Biscayne Blvd Suite 605 Miami, FL 33132** | | **Unsecured** | **Disputed** | | | $1.00 |
| **Brickman West Flagler, LLC. 44 West Flagler Street Ste 400 Miami, FL 33130** | | **Business Office Lease** | **Unliquidated Disputed** | | | $1.00 |
| **CFLP Headquarters LLC 7480 SW 40th Street Miami, FL 33155** | | **Unsecured** | **Disputed** | | | $1.00 |
| **Coffey Burlington 2601 S. Bayshore Drive PH1 Miami, FL 33133** | | **Attorney for SRCTD 44-200 LLC.** | | | | $1.00 |
| **Coffey Burlington 2601 S. Bayshore Drive PH1 Miami, FL 33133** | | **Attornry for FS Equity Investments II LLC** | | | | $1.00 |
| **Cook and Wiley Inc. 411 E. Franklin Street Suite 205 Richmond, VA 23219** | | **Unsecured** | **Unliquidated Disputed** | | | $421.00 |
| **CT Corporation System 330 N. Brand Blvd. Ste 700 Glendale, CA 91203-2336** | | **UCC Lien** | **Disputed** | | | $1.00 |

Debtor **Remer & Georges-Pierre PLLC**
　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Effectv/Comcast 7 Parkway Center Ste 550 Pittsburgh, PA 15220** | | **Utility** | **Unliquidated Disputed** | | | **$25,986.61** |
| **Florida Secretary of State/UCC Division 500 South Bronough Street Tallahassee, FL 32399** | | **UCC Lien** | **Disputed** | | | **$1.00** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | | **Tax Lien** | **Unliquidated Disputed** | | | **$178.00** |
| **JP Morgan Chase & Co c/o CT Corporation Systems, RA 1200 S Pine Island Rd Fort Lauderdale, FL 33324** | | **Unsecured** | **Disputed** | | | **$1.00** |
| **Kevin Kaplan, Esq. Coffey Burlington 2601 S. Bayshore Drive Ste 1A Miami, FL 33133** | | **Attorney for FS Equity Investments II PLLC** | | | | **$1.00** |
| **Marcum LLP One SE Third Ave, Ste 1100 Miami, FL 33131** | | **Accounting Services** | **Disputed** | | | **$26,853.42** |
| **Michael Novak Marcum Accountants One SE Third Avenue Ste 1100 Miami, FL 33131** | | **Accounting Services** | **Disputed** | | | **$1.00** |
| **O.J.F. Services, Inc. 13727 SW 152nd Street Ste 354 Miami, FL 33177** | | **Process Server/Legal Support Services** | **Disputed** | | | **$76,922.29** |

| Debtor | **Remer & Georges-Pierre PLLC** | | Case number *(if known)* | |
|--------|------|------|------|------|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Security Financial Bank 212 W. Prospect Street Durand, WI 54736-1123** | | **UCC Lien** | **Unliquidated Disputed** | | | **$1.00** |
| **SRCTD 44-200 LLC et al 2151 W. Hillsboro Blvd. Ste 204 Deerfield Beach, FL 33442** | | **Lawsuit** | **Unliquidated Disputed** | | | **$225,745.88** |
| **State of Florida Department of Revenue c/o Executive Director 2450 Shumard Oaks Blvd Tallahassee, FL 32399** | | **State Tax Lien** | **Unliquidated Disputed** | | | **$236.00** |
| **Taylor Jonovic White Gendron 19 W. Flagler Street Ste 1001 Miami, FL 33130** | | **Unsecured** | **Disputed** | | | **$1.00** |
| **Veritext Inc. One Biscayne Tower 2 Biscayne Blvd Ste 2250 Miami, FL 33131** | | **Court Reporter Services** | **Unliquidated Disputed** | | | **$83,004.49** |

**Fill in this information to identify the case:**

Debtor name      **Remer & Georges-Pierre PLLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---------|-------------------|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................   $ ____26,278.76_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................   $ ____26,278.76_

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____0.00_

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ ___439,362.69_

4.   Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b

   $ ___439,362.69_

**Fill in this information to identify the case:**

Debtor name **Remer & Georges-Pierre PLLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **City National Bank # 9581**<br>**Main business operating account**<br>**No known liens tied to account** | Checking | 9581 | $15,497.65 |
| 3.2. | **City National Bank # 9578 - Petty Cash Account** | Checking | 9578 | $4,701.11 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $20,198.76 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

Debtor    **Remer & Georges-Pierre PLLC**                                          Case number *(If known)* _____
      Name

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Business Personal Property** **Misc. Office Equipment and Furniture** **Value based on Inventory List of Expert Appraiser - Martin Claire & Co. LLC** | $0.00 | Appraisal | $6,080.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $6,080.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

Debtor    **Remer & Georges-Pierre PLLC**                                        Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **www.rgpattorneys.com** **No monetary value** | **$0.00** | | **$0.00** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

71.   **Notes receivable**
Description (include name of obligor)

Debtor  **Remer & Georges-Pierre PLLC**                                      Case number *(If known)* _____
      Name

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
       **Coverys**
       **Professional Liability Insurance**
       **Policy # PPIC-LPL0002433-00**
       **No cash surrender value**                                                                 **$0.00**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                         **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Remer & Georges-Pierre PLLC**                                   Case number *(if known)* _____
             Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,198.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,080.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,278.76 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,278.76 |

**Fill in this information to identify the case:**

Debtor name    **Remer & Georges-Pierre PLLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Remer & Georges-Pierre PLLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**100 NWT Fee Owner LLC**
**100 Biscayne Blvd**
**Suite 605**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number __3742__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anthony M. Georges-Pierre, Esq.**
**2745 Ponce de Leon Blvd**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number __3742__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Brickman West Flagler, LLC.**
**44 West Flagler Street**
**Ste 400**
**Miami, FL 33130**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Office Lease__

Last 4 digits of account number __3742__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**CFLP Headquarters LLC**
**7480 SW 40th Street**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number __3742__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Remer & Georges-Pierre PLLC**                                 Case number (if known) _____
      Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Coffey Burlington**
**2601 S. Bayshore Drive**
**PH1**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney for SRCTD 44-200 LLC.**

Last 4 digits of account number  **CS01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Coffey Burlington**
**2601 S. Bayshore Drive**
**PH1**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attornry for FS Equity Investments II LLC**

Last 4 digits of account number  **CS01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.00 |
|---|---|---|---|

**Cook and Wiley Inc.**
**411 E. Franklin Street**
**Suite 205**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/12/2009**

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **5200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**CT Corporation System**
**330 N. Brand Blvd.**
**Ste 700**
**Glendale, CA 91203-2336**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **05/02/2022**

Basis for the claim:  **UCC Lien**

Last 4 digits of account number  **3980**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,986.61 |
|---|---|---|---|

**Effectv/Comcast**
**7 Parkway Center**
**Ste 550**
**Pittsburgh, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number  **3742**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Florida Secretary of State/UCC Division**
**500 South Bronough Street**
**Tallahassee, FL 32399**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **05/02/2022**

Basis for the claim:  **UCC Lien**

Last 4 digits of account number  **3980**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**FS Equity Investments II PLLC**
**2151 W. Hillsboro Blvd**
**Ste 204**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number  **CS01**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Remer & Georges-Pierre PLLC**                                    Case number (if known) _____
_____
Name

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178.00** |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/03/2010**

**Basis for the claim:  Tax Lien**

Last 4 digits of account number  **3742**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jason S. Remer, Esq.**
**2745 Ponce de Leon Blvd**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **3742**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**JP Morgan Chase & Co**
**c/o CT Corporation Systems, RA**
**1200 S Pine Island Rd**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **3742**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Kevin Kaplan, Esq.**
**Coffey Burlington**
**2601 S. Bayshore Drive**
**Ste 1A**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Attorney for SRCTD 44-200 LLC**

Last 4 digits of account number  **CA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Kevin Kaplan, Esq.**
**Coffey Burlington**
**2601 S. Bayshore Drive**
**Ste 1A**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Attorney for FS Equity Investments II PLLC**

Last 4 digits of account number  **CA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,853.42** |
|---|---|---|---|

**Marcum LLP**
**One SE Third Ave, Ste 1100**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Accounting Services**

Last 4 digits of account number  **3742**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Michael Novak**
**Marcum Accountants**
**One SE Third Avenue**
**Ste 1100**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Accounting Services**

Last 4 digits of account number  **3742**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Remer & Georges-Pierre PLLC**                                 Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**3.19**

**Nonpriority creditor's name and mailing address**
**O.J.F. Services, Inc.**
**13727 SW 152nd Street**
**Ste 354**
**Miami, FL 33177**

Date(s) debt was incurred _
Last 4 digits of account number  **3742**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$76,922.29**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Process Server/Legal Support Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Security Financial Bank**
**212 W. Prospect Street**
**Durand, WI 54736-1123**

Date(s) debt was incurred  **05/02/2022**
Last 4 digits of account number  **3980**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$1.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **UCC Lien**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
**SRCTD 44-200 LLC et al**
**2151 W. Hillsboro Blvd.**
**Ste 204**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _
Last 4 digits of account number  **CA01**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$225,745.88**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
**State of Florida Department of Revenue**
**c/o Excutive Director**
**2450 Shumard Oaks Blvd**
**Tallahassee, FL 32399**

Date(s) debt was incurred  **05/2006**
Last 4 digits of account number  **3742**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$236.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **State Tax Lien**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Taylor Jonovic White Gendron**
**19 W. Flagler Street**
**Ste 1001**
**Miami, FL 33130**

Date(s) debt was incurred _
Last 4 digits of account number  **3742**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$1.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
**U.S. Small Buisness Administration**
**2 North Street**
**Suite 320**
**Birmingham, AL 35203**

Date(s) debt was incurred _
Last 4 digits of account number  **3742**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$1.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Satisfied Secured Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Veritext Inc.**
**One Biscayne Tower**
**2 Biscayne Blvd**
**Ste 2250**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number  **3742**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$83,004.49**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Court Reporter Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Remer & Georges-Pierre PLLC**                                      Case number (*if known*) _____
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 439,362.69 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 439,362.69 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Remer & Georges-Pierre PLLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Remer & Georges-Pierre PLLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

|  | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Remer & Georges-Pierre PLLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$2,293,367.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$315,782.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Bankers Healthcare Group**<br>**P.O. Box 332509**<br>**Murfreesboro, TN 37133** | **11/15/2022 –**<br>**$318,258.98** | **$318,258.98** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Remer & Georges-Pierre PLLC**                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Verbatim Legal Solutions LLC** **13545 SW 72 Court** **Miami, FL 33257** | **12/22/2022 - $10,374.60** **10/18/2022 - $16,640.00** | **$27,014.60** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **Due Process LLC** **14311 Biscayne Blvd.** **Ste 613634** **Miami, FL 33181** | **11/01/2022 - $17,445.00** | **$17,445.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Anthony M. Georges-Pierre, Esq.** **12755 SW 104th Terrace** **Miami, FL 33186** **Member - Partner** | **11/21/2022** | **$50,000.00** | **Company repaid Mr. Georges-Pierre the money he provided, from his personal funds, to pay off a business with BHG Financial** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Remer & Georges-Pierre PLLC**                                  Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **SRCTD 44-200 LLC**<br>**v.**<br>**Remer & Georges-Pierre,**<br>**PLLC**<br>**2022-014337-CA-01** | **Contract &**<br>**Indebtedness** | **Miami Dade County Clerk of**<br>**the Courts**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **FS Equity Investments II**<br>**PLLC**<br>**v.**<br>**Remer & Georges-Pierre,**<br>**PLLC**<br>**2022-014337-CA-01** | **Contract &**<br>**Indebtedness** | **Miami Dade County Clerk of**<br>**the Courts**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **Remer & Georges-Pierre PLLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Timothy S Kingcade, Esq.**<br>**Kingcade, Garcia, McMaken, PA**<br>**1370 Coral Way**<br>**Miami, FL 33145** | Fee Advance $20,000 | 12/2022 | $20,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Remer, Georges-Pierre & Hoogerwoerd PLLC**<br>**2745 Ponce de Leon Blvd.**<br>**Miami, FL 33134** | **Misc. Business Equipment and Office Furniture** | **08/30/2022** | **Unknown** |
| | **Relationship to debtor**<br>**N/A** | | | |
| 13.2. | **Remer, Georges-Pierre & Hoogerwoerd PLLC**<br>**2745 Ponce de Leon Blvd.**<br>**Miami, FL 33134** | **Operating Capital - $5,000** | **08/30/2022** | **$5,000.00** |
| | **Relationship to debtor**<br>**N/A** | | | |

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

Debtor  **Remer & Georges-Pierre PLLC**  Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **44 West Flagler Street Suite 2200 Miami, FL 33130** | **01/2013 - 08/2022** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Names**
**Addresses**
**Email Addresses**
**Telephone/Cell Phone Numbers**
**Gender**
**Social Security Numbers**
**Account Numbers (from third-party entities)**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Remer & Georges-Pierre PLLC**                                    Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bankers Healthgroup, LLC. /BHG Financial 10234 W State Road #4 Fort Lauderdale, FL 33324** | **XXXX-3908** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account was established for a business loan that was taken out and subsequently paid off.** | **11/22/2022** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **City National Bank of FL 100 SE 2nd Street 13th Floor Miami, FL 33131-2151** | **Jason S. Remer, Esq. and Anthony M. Georges-Pierre, Esq. 2745 Ponce de Leon Blvd. Coral Gables, Florida 33134** | **Safe Deposit Box 4016 No contents** | ☐ No ■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage 27332 S. Dixie Hwy Homestead, FL 33032** | **Jason S. Remer, Esq. and Anthony M. Georges-Pierre, Esq. 2745 Ponce de Leon Blvd. Coral Gables, Florida 33134** | **Documents and Files** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Remer & Georges-Pierre PLLC**                                    Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Remer & Georges-Pierre PLLC**<br>**2745 Ponce de Leon Blvd.**<br>**Miami, FL 33134** | **City National Bank**<br>**25 West Flagler Street**<br>**Miami, FL 33131** | **IOTA accounts:**<br>**Acct #6886: $68,057.79**<br>**Acct #9017: $102,855.16**<br>**Acct #3567 (JSR): $14,217.01** | **$185,129.96** |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor   **Remer & Georges-Pierre PLLC**                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Michael Novak**<br>**Marcum Accounting**<br>**One SE Third Avenue**<br>**Suite 1100**<br>**Miami, FL 33131** | **07/23/2020 -**<br>**12/08/2022** |
| 26a.2.   **Bette Hochberger, CPA**<br>**38W 24th Street**<br>**Miami, FL 33125** | **05/2022 - 08/30/2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Marcum LLP**<br>**One SE Third Ave, Ste 1100**<br>**Miami, FL 33131** | **07/23/2020 -**<br>**12/08/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Marcum LLP**<br>**One SE Third Ave, Ste 1100**<br>**Miami, FL 33131** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Bankers Healthgroup, LLC.**<br>**10234 W State Road #4**<br>**Fort Lauderdale, FL 33324** |
| 26d.2.   **U.S. Small Business Administration**<br>**100 S Biscayne Blvd**<br>**Miami, FL 33131** |
| 26d.3.   **City National Bank of FL**<br>**100 SE 2nd St FL 13**<br>**Miami, FL 33131-2151** |
| 26d.4.   **Security Financial Bank**<br>**212 W. Prospect Street**<br>**Durand, WI 54736-1123** |
| 26d.5.   **CT Corporation System**<br>**330 N. Brand Blvd.**<br>**Ste 700**<br>**Glendale, CA 91203-2336** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Remer & Georges-Pierre PLLC**    Case number *(if known)*

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Martin Claire, Senior Appraiser** | **12/20/2022** | **$6,080.00**<br>**Fair Market Value  - Expert appraisal of office equipment and furniture** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Remer & Georges-Pierre, PLLC**<br>**2745 Ponce de Leon Blvd.**<br>**Miami, FL 33134** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jason S. Remer, Esq.** | **8116 NW 106th Lane**<br>**Pompano Beach, FL 33076** | **Partner** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony M. Georges-Pierre, Esq.** | **12755 W 104th Terrace**<br>**Miami, FL 33186** | **Partner** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jason S. Remer, Esq.**<br>**8116 NW 106th Lane**<br>**Pompano Beach, FL 33076** | **$250,000** | **01/05/2022 - 12/08/2022** | **Distribution in Excess of Basis** |
| | Relationship to debtor<br>**Member - Partner** | | | |

Debtor    **Remer & Georges-Pierre PLLC**                             Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Anthony M. Georges-Pierre, Esq.**<br>**12755 W 104th Terrace**<br>**Miami, FL 33186** | **$210,000** | **01/31/2022 - 12/08/2022** | **Distribution in Excess of Basis** |
| | **Relationship to debtor**<br>**Member - Partner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Remer & Georges Pierre, PLLC Employee 401(k) - Paychex managed an employee 401(k) in 2018 and 2019, but that has since been closed** | **EIN:** **36-4623742** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  6, 2023**

**/s/ Anthony M. Georges-Pierre**                    **Anthony M. Georges-Pierre**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **Remer & Georges-Pierre PLLC**

Debtor(s)

Case No. 

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony M. Georges-Pierre, Esq.**<br>**12755 SW 104th Terrace**<br>**Miami, FL 33186** | **Common Stock** | **50% Stock Interest** | **50% Stock Interest** |
| **Jason S. Remer, Esq.**<br>**8116 NW 106th Lane**<br>**Pompano Beach, FL 33076** | **Common Stock** | **50% Stock Interest** | **50% Stock Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January  6, 2023**

Signature    **/s/ Anthony M. Georges-Pierre**

**Anthony M. Georges-Pierre**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **Remer & Georges-Pierre PLLC**            Case No. _____

                          Debtor(s)      Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January  6, 2023**           **/s/ Anthony M. Georges-Pierre** _____

                                   **Anthony M. Georges-Pierre**/**Managing Member**
                                   Signer/Title

.

100 NWT Fee Owner LLC
100 Biscayne Blvd
Suite 605
Miami, FL 33132


Anthony M. Georges-Pierre, Esq.
2745 Ponce de Leon Blvd
Miami, FL 33134


Brickman West Flagler, LLC.
44 West Flagler Street
Ste 400
Miami, FL 33130


CFLP Headquarters LLC
7480 SW 40th Street
Miami, FL 33155


Coffey Burlington
2601 S. Bayshore Drive
PH1
Miami, FL 33133


Coffey Burlington
2601 S. Bayshore Drive
PH1
Miami, FL 33133


Cook and Wiley Inc.
411 E. Franklin Street
Suite 205
Richmond, VA 23219


CT Corporation System
330 N. Brand Blvd.
Ste 700
Glendale, CA 91203-2336


Effectv/Comcast
7 Parkway Center
Ste 550
Pittsburgh, PA 15220


Florida Secretary of State/UCC Division
500 South Bronough Street
Tallahassee, FL 32399

FS Equity Investments II PLLC
2151 W. Hillsboro Blvd
Ste 204
Deerfield Beach, FL 33442


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Jason S. Remer, Esq.
2745 Ponce de Leon Blvd
Miami, FL 33134


JP Morgan Chase & Co
c/o CT Corporation Systems, RA
1200 S Pine Island Rd
Fort Lauderdale, FL 33324


Kevin Kaplan, Esq.
Coffey Burlington
2601 S. Bayshore Drive
Ste 1A
Miami, FL 33133


Kevin Kaplan, Esq.
Coffey Burlington
2601 S. Bayshore Drive
Ste 1A
Miami, FL 33133


Marcum LLP
One SE Third Ave, Ste 1100
Miami, FL 33131


Michael Novak
Marcum Accountants
One SE Third Avenue
Ste 1100
Miami, FL 33131


O.J.F. Services, Inc.
13727 SW 152nd Street
Ste 354
Miami, FL 33177

```
Security Financial Bank
212 W. Prospect Street
Durand, WI 54736-1123


SRCTD 44-200 LLC et al
2151 W. Hillsboro Blvd.
Ste 204
Deerfield Beach, FL 33442


State of Florida Department of Revenue
c/o Excutive Director
2450 Shumard Oaks Blvd
Tallahassee, FL 32399


Taylor Jonovic White Gendron
19 W. Flagler Street
Ste 1001
Miami, FL 33130


U.S. Small Buisness Administration
2 North Street
Suite 320
Birmingham, AL 35203


Veritext Inc.
One Biscayne Tower
2 Biscayne Blvd
Ste 2250
Miami, FL 33131
```